P         IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLORADO
            Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01366-RPM

JON EARSOM, a minor, by and through his parents and legal guardians,
DERYL EARSOM and FRANCES BROWN; and
DERYL EARSOM and
FRANCES BROWN, individually,

    Plaintiffs
v.

LUIZ HENRIQUE MONTEIRO

    Defendant
_____

### ORDER FOR NOTIFICATION
_____

The defendant in this case, Luiz Henrique Monteiro has been represented by Ross B. H. Buchanan of Roberts Levin Rosenberg PC.  A scheduling conference was held in this matter on September 11, 2013.  On January 28, 2014, the plaintiff filed a motion for a pretrial or a status conference, informing that Mr. Buchanan was appointed to the position of Judge of the District Court for the City and County of Denver on November 6, 2013, and sworn into office on January 6, 2014.  There has been no withdrawal of appearance filed by now Judge Buchanan and no other lawyer from his former law firm has appeared in this civil action.  The defendant resides in Brazil and there is no address of record for him.  It is now

ORDERED that a principal of Roberts Levin Rosenberg PC shall notify this Court and opposing counsel on or before February 28, 2014, as to the status of representation of Defendant Monteiro including the withdrawal of former counsel.

DATED:   February 21st, 2014

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior Judge