IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01366-RPM

JON EARSOM, a minor, by and through his parents and legal guardians,
DERYL EARSOM and FRANCES BROWN; and
DERYL EARSOM and
FRANCES BROWN, individually,

      Plaintiffs

v.

LUIZ HENRIQUE MONTEIRO

      Defendant
_____

ORDER FOR STAY PENDING SETTLEMENT AND PROBATE COURT APPROVAL
_____

Upon review of Plaintiffs unopposed motion for stay of proceedings through May 22,

2014, pending completion of settlement and Probate Court approval [23] filed March 27, 2014, it

is

ORDERED that the motion is granted.

DATED:   March 28, 2014

      BY THE COURT:

      s/Richard P. Matsch

`      _____
      Richard P. Matsch, Senior Judge