IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01366-RPM

JON EARSOM, a minor, by and through his parents and legal guardians,
DERYL EARSOM and FRANCES BROWN; and
DERYL EARSOM and
FRANCES BROWN, individually,

    Plaintiffs

v.

LUIZ HENRIQUE MONTEIRO,

    Defendant
_____

### ORDER OF DISMISSAL
_____

Pursuant to the Stipulation for Dismissal of All Claims with Prejudice [27] filed June 19, 2014, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own attorney fees and costs.

DATED:   June 20, 2014

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior Judge